UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KIM BEN HAIM,<br><br>　　　　Defendant. | CR No. 19CR00607-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 641: Theft of Government Money in Excess of $1,000; 18 U.S.C. § 981 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

COUNTS ONE THROUGH FOUR

[18 U.S.C. § 641]

　　On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM BEN HAIM knowingly and willfully embezzled, stole, purloined, and converted to her own use and the use of another money of the United States Department of Veterans Affairs, a department and agency of the United States, having value in the aggregate in excess of $1,000, namely, Dependency and Indemnity Compensation benefits intended for defendant BEN HAIM's mother, Y.M., to which defendant BEN HAIM knew

she was not entitled, with the intent to deprive the United States Department of Veterans Affairs of the use and benefit of that money:

| COUNT | DATE | AMOUNT |
|---|---|---|
| ONE | 11/3/14 | $1,000.00 |
| TWO | 1/2/15 | $600.00 |
| THREE | 4/6/15 | $1,200.00 |
| FOUR | 6/8/15 | $1,900.00 |

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of any of the offenses set forth in any of Counts One through Four of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 18, United States Code, Section 981(a)(1)(c), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a

//

//

//

third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                A TRUE BILL

                /s/
                Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*Austin T. S[—] for Scott M. Garringer*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CLAIRE E. KELLY
Assistant United States Attorney
Violent and Organized Crime Section